## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

TOBY BAXLEY, as Representative of
The Estate of NANCY BAXLEY, Deceased,

       Plaintiff,

v.                                        CV No. 20-861 SMV/CG

DANIEL L. RIDOUT, III, MD, et al.,

       Defendants.

### ORDER VACATING TELEPHONIC RULE 16 SCHEDULING CONFERENCE

**THIS MATTER** is before the Court on the parties' *Agreed Motion to Vacate Rule 16 Scheduling Conference* (the "Motion"), (Doc. 25), filed December 1, 2020. In the Motion, the parties state that they have concurrently filed a joint motion requesting a stay of this matter pending a decision from the New Mexico Medical Review Board. *Id.* at 1. The Court, having reviewed the Motion and noting it is filed jointly, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Telephonic Rule 16 Scheduling Conference scheduled for Wednesday, December 2, 2020, at 2:30 p.m. is hereby **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE