**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

TOBY BAXLEY, as Representative of
the Estate of NANCY BAXLEY, Deceased,

     Plaintiff,

v.                                                      No. CV 20-861 SMV/CG

DANIEL L. RIDOUT, III, MD, et al.,

     Defendants.

<u>**ORDER GRANTING UNOPPOSED MOTION
FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**</u>

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion for Leave to File First Amended Complaint*, (Doc. 41), filed August 13, 2021. The Court, having reviewed the motion, noting it is unopposed, and being otherwise fully informed, finds that the Motion is well taken and should be **GRANTED**.

     **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE