**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

TOBY BAXLEY, as Representative of
the Estate of NANCY BAXLEY, Deceased,

      Plaintiff,

v.                                                     No. CV 20-861 SMV/CG

DANIEL L. RIDOUT, III, MD, et al.,

      Defendants.

## ORDER RESETTING TELEPHONIC STATUS CONFERENCE

**IT IS HEREBY ORDERED** that the previously scheduled Telephonic Status Conference set for **Tuesday, October 5, 2021, at 2:00 p.m.,** is **RESET** for **Friday, October 8, 2021, at 10:30 a.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE