**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

TOBY BAXLEY, as Representative of
the Estate of NANCY BAXLEY, Deceased,

      Plaintiff,

v.                                      No. CV 20-861 SMV/CG

DANIEL L. RIDOUT, III, MD, et al.,

    Defendants.

<u>**ORDER SETTING TELEPHONIC STATUS CONFERENCE**</u>

      **THIS MATTER** is before the Court after conferring with counsel about a mutually

convenient date and time. **IT IS HEREBY ORDERED** that a status conference will be

held by telephone on **Tuesday, February 8, 2022, at 10:00 a.m.** The parties shall call

Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and

enter the Access Code 7467959, to be connected to the proceedings.

      **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE