**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

TOBY BAXLEY, as Representative of
the Estate of NANCY BAXLEY, Deceased,

    Plaintiff,

v.                                                                   No. CV 20-861 SMV/CG

DANIEL L. RIDOUT, III, MD, et al.,

    Defendants.

## ORDER EXTENDING EXPERT DISCLOSURE DEADLINE

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Expert Disclosure* (the "Motion"), (Doc. 56), filed December 10, 2021. In the Motion, the parties explain that they have agreed among each other that an extension of the expert deadlines set forth in the Court's *Scheduling Order*, (Doc. 36), is warranted. The parties thus request a thirty-day extension of the deadlines to identify expert witnesses and disclose expert reports. (Doc. 56 at 1). The Court, having reviewed the Motion, noting it is filed jointly and that it will not affect any of the other case deadlines, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Court's *Scheduling Order*, (Doc. 36), shall be modified as follows:

1. Plaintiff shall identify in writing any expert witness to be used by Plaintiff at trial and shall provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) by **February 16, 2022**;

2. All other parties shall identify in writing any expert witness to be used by such parties at trial and shall provide expert reports pursuant to Fed. R. Civ.

P. 26(a)(2)(B) by **March 18, 2022**.

All other deadlines contained in the Court's *Scheduling Order*, (Doc. 36), remain in effect unless amended by further order of the Court.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE