IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TOBY BAXLEY, as Representative of
the Estate of NANCY BAXLEY, Deceased,

    Plaintiff,

v.                                                No. CV 20-861 SMV/CG

DANIEL L. RIDOUT, III, MD, et al.,

    Defendants.

## ORDER EXTENDING DISCOVERY

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Discovery Termination Date* (the "Motion"), (Doc. 68), filed April 8, 2022. In the Motion, the parties state that they "have agreed to a two-week extension" of the termination date for discovery, and accordingly ask that the Court grant such an extension from May 9, 2022, to May 23, 2022. *Id.* at 1. The Court, having reviewed the Motion, noting it is filed jointly and that it will not affect any of the other case deadlines, finds the Motion shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that discovery shall terminate by **May 23, 2022**.

All other deadlines contained in the Court's *Scheduling Order*, (Doc. 36), remain in effect unless amended by further order of the Court. No further extension of the discovery deadlines will be granted without a *showing* of good cause.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE