IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TOBY BAXLEY, as Representative of
the Estate of NANCY BAXLEY, Deceased,

    Plaintiff,

v.                                                No. CV 20-861 SMV/CG

DANIEL L. RIDOUT, III, MD, et al.,

    Defendants.

### ORDER EXTENDING DISCOVERY

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Discovery Deadlines and to Set Settlement Conference* (the "Motion"), (Doc. 71), filed April 14, 2022. In the Motion, the parties request an extension of the discovery deadlines so that they may "participate in a Settlement Conference prior to the Parties expending the resources which are going to be required in order to take the depositions of the numerous expert witnesses who have been disclosed in this case." *Id.* at 1. The parties further request that the Court assign the matter to U.S. Magistrate Judge Gregory B. Wormuth to schedule and conduct the settlement conference. *Id.* However, the Court lacks the authority to assign this matter to another U.S. Magistrate Judge to conduct a settlement conference. To the extent that the parties seek to have Judge Wormuth conduct a settlement conference in this matter, the parties are instructed to contact Judge Wormuth's chambers directly to request such. Therefore, the Motion shall be **GRANTED IN PART**.

**IT IS THEREFORE ORDERED** that the discovery schedule shall be modified as follows:

1. Discovery shall terminate by **August 15, 2022**;

2. Motions relating to discovery (including, but not limited to, motions to compel and motions for protective order) shall be filed with the Court and served on opposing parties by **August 30, 2022**;

3. Pretrial motions, other than discovery motions, shall be filed with the Court and served on the opposing party by **September 10, 2022**;[1]

4. Final Pretrial Order from Plaintiff to Defendants by **October 1, 2022**; and

5. Final Pretrial Order from Defendants to the Court by **October 11, 2022**.

All other deadlines contained in the Court's *Order Extending Discovery*, (Doc. 69), and *Scheduling Order*, (Doc. 36), remain in effect unless amended by further order of the Court.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] This deadline applies to motions related to the admissibility of experts or expert testimony that may require a *Daubert* hearing, but otherwise does not apply to motions in limine. The Court will set a motions in limine deadline in a separate order.