IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TOBY BAXLEY, AS REPRESENTATIVE OF THE
ESTATE OF NANCY BAXLEY, DECEASED,

    Plaintiff,

v.  2:20-cv-00861-SMV-CG

DANIEL L. RIDOUT, III, M.D.; AKBAR ALI, M.D.;
and ROSWELL HOSPITAL CORPORATION D/B/A
EASTERN NEW MEXICO MEDICAL CENTER,

    Defendants.

**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S MOTION FOR LEAVE
TO ADD PARTIES AND FILE SECOND AMENDED COMPLAINT**

The Parties, having come before the court upon stipulated Motion and agreement to an extension for Defendants to respond to Plaintiff's Motion for Leave to Add Parties and File Second Amended Complaint until the parties have a settlement conference and for abatement of the briefing on this Motion pending a settlement conference, and the Court having reviewed the Stipulation and being otherwise advised in the premises, finds the Stipulated Motion to be well taken and shall be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DEGREED that the Stipulated Motion for Extension of Time for Defendants to Respond to Plaintiff's Motion for Leave to Add Parties and File Second Amended Complaint is granted and the briefing on this motion is hereby abated until fourteen (14) days after the parties hold a settlement conference.

IT IS SO ORDERED.

_____
THE HONORABLE STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE
Presiding by Consent

Submitted and approved by:

**MADISON, MROZ, STEINMAN KENNY & OLEXY, P.A.**

*/s/ Rebecca S. Kenny*
Rebecca S. Kenny
Kimberly A. Huson
P.O. Box 25467
Albuquerque New Mexico 87125
(505) 242-2177
rsk@madisonlaw.com
kah@madisonlaw.com
*Attorneys for Roswell Hospital Corporation d/b/a Eastern New Mexico Medical Center and Daniel L. Ridout, III, M.D.*

Approved by:

*Approved by Robert Schwab via email on 04/13/22*
Robert Schwab
David Norton
8111 Lyndon B. Johnson Freeway
Suite 1225
Dallas, Texas 75251
(214) 570-0404
schwbrobert@me.com

and

**THE LAW OFFICE OF BRIAN K. BRANCH**

Brian K. Branch
715 Marquette Ave., NW
Albuquerque, New Mexico 87102
(505) 764-9710
bbranch@bkblaw.net
*Attorneys for Plaintiff*

And

**ATWOOD, MALONE, TURNER & SABIN, P.A.**

*Approved Carla Williams via email on 04/14/22*
Lee M. Rogers
Carla Neusch Williams
400 N Pennsylvania Ave.
Suite 1100
Roswell, New Mexico 88201
(575) 622-6221
lrogers@atwoodmalone.com
cwilliams@atwoodmalone.com
*Attorneys for Akbar Ali, M.D*