UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TOBY BAXLEY AS REPRESENTATIVE OF
THE ESTATE OF NANCY BAXLEY, DECEASED
and as PERSONAL REPRESENTATIVE OF
THE WRONGFUL DEATH ESTATE OF NANCY BAXLEY,

      Plaintiff,

vs.                                                                                                  2:20-cv-00861-SMV-CG

DANIEL L. RIDOUT, III, M.D.; AKBAR ALI, M.D.;
ROSWELL HOSPITAL CORPORATION D/B/A
and EASTERN NEW MEXICO MEDICAL CENTER,

      Defendants.

## ORDER GRANTING JOINT MOTION OF DISMISSAL WITH PREJUDICE

The Parties, having come before the court upon a Joint Motion of Dismissal of Plaintiff's Claims With Prejudice, the Court having reviewed the Stipulation and being otherwise advised in the premises, finds the Joint Motion well taken and shall be **GRANTED**.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiffs' claims are hereby dismissed with prejudice with each party to bear their own costs and attorney's fees.

IT IS SO ORDERED.

_____
**HONORABLE STEPHAN M. VIDMAR**
**UNITED STATES MAGISTRATE JUDGE**

Approved by:

**MADISON, MROZ, STEINMAN KENNY & OLEXY, P.A.**

*Electronically Approved 9/12/22*
Rebecca S. Kenny
Kimberly A. Huson
P.O. Box 25467
Albuquerque New Mexico 87125
(505) 242-2177
rsk@madisonlaw.com
kah@madisonlaw.com
*Attorneys for Roswell Hospital Corporation d/b/a Eastern New Mexico Medical Center and Daniel L. Ridout, III, M.D.*


*/s/ Robert Schwab*
Robert Schwab
David Norton
10670 N. Central Expressway, Suite 550
Dallas, Texas 75231
(214) 570-0404
schwbrobert@me.com

and

**THE LAW OFFICE OF BRIAN K. BRANCH**

Brian K. Branch
715 Marquette Ave., NW
Albuquerque, New Mexico 87102
(505) 764-9710
bbranch@bkblaw.net
*Attorneys for Plaintiff*


**ATWOOD, MALONE, TURNER & SABIN, P.A.**

*Electronically Approved 9/12/22*
Lee M. Rogers
Carla Neusch Williams
400 N Pennsylvania Ave.
Suite 1100
Roswell, New Mexico 88201

(575) 622-6221
lrogers@atwoodmalone.com
cwilliams@atwoodmalone.com
*Attorneys for Akbar Ali, M.D*